**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01495-CR

### JONATHAN BRUCE REED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F81-01988-K

## ORDER

Before the Court is appellant's motion for extension of time to file a motion for en banc reconsideration. We **GRANT** the motion. Appellant's time to file a motion for en banc reconsideration is extended to October 18, 2013.

/s/     JIM MOSELEY
          JUSTICE